UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

                                                                 Chapter 13

  RAFAEL DIAMOND,                                  Case No. Case No. 15-10317 (JLG)

                                 Debtor.
-----------------------------------------------------------------X

**ORDER CONVERTING THE CASE
UNDER CHAPTER 13 TO ONE UNDER CHAPTER 11**

    **UPON** the motion of the above-mentioned debtor ("Debtor"), for an order converting the above-captioned chapter 13 case to one under chapter 11 (Docket No. 19); and sufficient notice having been provided; and no order having been entered confirming a plan under 11 U.S.C. §1325; hearing having been held on June 4 2015, and good cause shown; it is now therefore hereby;

    **ORDERED** that the Debtor's chapter 13 case is converted to one under chapter 11.

Dated: New York, New York
        June 16, 2015

                                                  /s/ James L. Garrity, Jr.
                                            _____
                                            HONORABLE  JAMES L. GARRITY, JR.
                                            UNITED STATES BANKRUPTCY JUDGE